IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00064-MOC-WCM

| | | |
|---|---|---|
| DAMON E. BIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| EASIER FUNDING, LLC | ) | |
| *doing business as* | ) | |
| 60 Day Credit Repair, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Matthew R. Gambale. The Motion indicates that Mr. Gambale, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Nathan C. Volheim, who the Motion represents as being a member in good standing of the Bar of Illinois. It further appears that the requisite admission fee has been paid.

The Motion also states that because counsel for Defendant is unknown, Mr. Gambale is unable to report Defendant's position on the Motion, if any.

Seeing no facial defect in the Motion, the undersigned will grant the request. Defendant may, however, request that the admission of Nathan C. Volheim be reconsidered, after Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to

1

the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 3) is **GRANTED**, and Nathan C. Volheim is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to Defendant's right to challenge Mr. Volheim's admission, provided that any such motion is filed within **seven (7) days** of Defendant's appearance and is appropriately supported.

Signed: March 13, 2023

W. Carleton Metcalf
United States Magistrate Judge