IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:23-CV-00064-MOC-WCM

| | |
|---|---|
| DAMON E. BIDDLE, | |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| EASIER FUNDING, LLC d/b/a 60 DAY CREDIT REPAIR, | |
| Defendant. | |

The Parties, by and through their undersigned counsel, hereby respectfully give notice to the Court that they have reached a settlement in principle of all claims asserted in this action.

The parties respectfully request forty-five (45) days to submit a stipulation of dismissal pursuant to Federal Rule 41(a)(1)(A)(ii), and that all deadlines be stayed pending the filing of said stipulation.

**SIGNATURE PAGE FOLLOWS**

Respectfully submitted, this the 12th day of April, 2023.

| | |
|---|---|
| /s/ Nathan C. Volheim | /s/ Matthew R. Gambale |
| NATHAN C. VOLHEIM | MATTHEW R. GAMBALE |
| IL Bar No. 6302103 | N.C. Bar No. 43359 |
| SULAIMAN LAW GROUP, LTD. | OSBORN GAMBALE BECKLEY & BUDD PLLC |
| 2500 South Highland Ave., Suite 200 | 721 W. Morgan Street |
| Lombard, Illinois 60148 | Raleigh, North Carolina 27603 |
| T: (630) 568-3056 | matt@counselcarolina.com |
| F: (630) 575-8188 | T: 919.373.6422 |
| nvolheim@sulaimanlaw.com | F: 919.578.3733 |
| *Attorneys for Plaintiff Pro Hac Vice* | *Local Counsel Plaintiff* |

/s/ S. James Park
S. James Park
PARK TODD, PLLC
1173 South 250 West, Suite 311
St. George, UT 84770
T: 435-688-9558
F: 435-673-1640
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

S. James Park
PARK TODD, PLLC
1173 South 250 West, Suite 311
St. George, UT 84770
T: 435-688-9558
F: 435-673-1640
jim@wewininjurylaw.com
*Attorneys for Defendant*

This the 12th day of April, 2023.

| | |
|---|---|
| /s/ Nathan C. Volheim | /s/ Matthew R. Gambale |
| NATHAN C. VOLHEIM | MATTHEW R. GAMBALE |
| IL Bar No. 6302103 | N.C. Bar No. 43359 |
| SULAIMAN LAW GROUP, LTD. | OSBORN GAMBALE BECKLEY & BUDD PLLC |
| 2500 South Highland Ave., Suite 200 | 721 W. Morgan Street |
| Lombard, Illinois 60148 | Raleigh, North Carolina 27603 |
| T: (630) 568-3056 | matt@counselcarolina.com |
| F: (630) 575-8188 | T: 919.373.6422 |
| nvolheim@sulaimanlaw.com | F: 919.578.3733 |
| *Attorneys for Plaintiff Pro Hac Vice* | *Local Civil Rule 83.1(d) Attorneys for Plaintiff* |